IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SHEM O. MORGAN, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-33 |
| | * |
| TIMOTHY C. WARD, et al., | |
| | * |
| Defendant. | |
| | * |

## ORDER TO PRODUCE STATE PRISONER FOR FEDERAL HEARING

TO:   RELEASES AND AGREEMENTS
       GEORGIA DEPARTMENT OF CORRECTIONS

YOU ARE HEREBY REQUESTED AND DIRECTED to produce state prisoner SHEM O. MORGAN, GDC 1069714, presently incarcerated at Ware State Prison, for in the above-styled proceeding beginning at 4 p.m. on the 5th of December, 2024, before the undersigned in District Courtroom 2 on the third floor of the United States Courthouse, 201 West Broad Avenue, Albany, Georgia.

SO ORDERED, this 4th day of November, 2024.

s/LESLIE ABRAMS GARDNER, CHIEF
UNITED STATES DISTRICT JUDGE