IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SHEM O MORGAN, | * |
| Plaintiff, | * |
| v. | Case No.  7:21-CV-33 (LAG) |
| | * |
| TIMOTHY C WARD, et al., | |
| | * |
| Defendant. | |
| | * |

## ORDER TO PRODUCE STATE PRISONER FOR FEDERAL HEARING

TO:   RELEASES AND AGREEMENTS
      ATTENTION:  RHONDA TILLMAN
      GEORGIA DEPARTMENT OF CORRECTIONS

YOU ARE HEREBY REQUESTED AND DIRECTED to produce state prisoner Shem O Morgan, GDC 1069714, presently incarcerated at Valdosta State Prison, for in the above-styled proceeding beginning at 3 p.m. on October 30, 2025, before the undersigned in the Courtroom on the second floor of the United States Courthouse, 201 West Broad Avenue, Albany, Georgia.

SO ORDERED, this 22nd day of September, 2025.

_s/Leslie Abrams Gardner_
LESLIE ABRAMS GARDNER, CHIEF
UNITED STATES DISTRICT JUDGE