IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SHEM O MORGAN, | * |
| Plaintiff, | * |
| v. | Case No.  7:21-CV-33 (LAG) |
| | * |
| TIMOTHY C WARD, *et al.,* | * |
| Defendants. | * |
| | * |

## ORDER TO PRODUCE STATE PRISONER FOR FEDERAL HEARING

TO:  RELEASES AND AGREEMENTS
ATTENTION:  RHONDA TILLMAN
GEORGIA DEPARTMENT OF CORRECTIONS

YOU ARE HEREBY REQUESTED AND DIRECTED to produce state prisoner Shem O Morgan, GDC1069714, presently incarcerated at Valdosta State Prison, for in the above-styled proceeding beginning at 3:00 p.m. on May 7, 2026, before the undersigned in the Courtroom on the third floor of the United States Courthouse, 201 West Broad Avenue,  Albany, Georgia.

SO ORDERED,  this 21st day of April, 2026.



s/Leslie Abrams Gardner
LESLIE ABRAMS GARDNER, CHIEF
UNITED STATES DISTRICT JUDGE