IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

SHEM O MORGAN, :
:
Plaintiff, :
:
v. : Case No: 7:21-CV-33(LAG)
:
TIMOTHY C. WARD, *et al.*, :
:
Defendants. :
:
:

**ORDER TO PRODUCE STATE PRISONER FOR FEDERAL HEARING**

TO: OFFENDER ADMINISTRATION/AGREEMENTS
GEORGIA DEPARTMENT OF CORRECTIONS

YOU ARE HEREBY REQUESTED AND DIRECTED to produce state prisoner **SHEM O MORGAN, GDC1069714**, presently incarcerated at Valdosta State Prison, for a Federal pretrial conference in the above-styled case beginning at **2:00 p.m. on September 22, 2026,** and continuing until the conclusion of the status conference/pretrial conference before the undersigned on the third floor of the C.B. King United States Courthouse, 201 West Broad Avenue, Albany, Georgia.

SO ORDERED, this 11th day of September 2026.

s/ Leslie A. Gardner
LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT